# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICHARD COLE,                          :

                    Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,
                    Defendant.        :

Case No. 3:08-cv-432

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER

On Stipulation of the parties (Doc. No. 29), it is hereby ordered that Plaintiff be, and she hereby is, awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $9,095.00 and $405.00 in costs for a total of $9,500.00.

April 25 , 2012                          *s/THOMAS M. ROSE*

                                                          Thomas M. Rose
                                          United States District Judge